IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRAVIS WAYNE BENTLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-22-160-C |
| ) | |
| KAMERON HARVONEK, ) | |
| ) | |
| Respondent. ) | |

O R D E R

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on February 23, 2022. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed; however, on March 14, 2022, Petitioner paid the $5.00 filing fee, rendering the Magistrate Judge's recommendation moot.

Accordingly, the Report and Recommendation (Dkt. No. 6) of the Magistrate Judge is adopted in part. Because the filing fee has now been paid, the case is once again committed to the Magistrate Judge under the initial Order of Referral.

IT IS SO ORDERED this 22nd day of March 2022.

ROBIN J. CAUTHRON
United States District Judge