IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TRAVIS WAYNE BENTLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-22-160-C |
| | ) | |
| KAMERON HARVONEK, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on March 30, 2022. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 9) of the Magistrate Judge is adopted and the Petitioner's third ground for relief is dismissed. This matter is recommitted to Judge Purcell for further proceedings consistent with the original order of referral.

IT IS SO ORDERED this 3rd day of May 2022.

ROBIN J. CAUTHRON
United States District Judge