IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRAVIS WAYNE BENTLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-22-160-C |
| ) | |
| KAMERON HARVONEK, ) | |
| ) | |
| Respondent. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on November 7, 2022. The court file reflects that no party has objected to the Second Supplemental Report and Recommendation ("R&R") within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Second Supplemental Report and Recommendation (Dkt. No. 33) of the Magistrate Judge is adopted and the Petitioner's Petition for Writ of Habeas Corpus is **DENIED**. A judgment shall enter.

IT IS SO ORDERED this 14th day of December 2022.

ROBIN J. CAUTHRON
United States District Judge