IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRAVIS WAYNE BENTLEY, | ) |
| Petitioner, | ) |
| vs. | ) No. CIV-22-160-C |
| KAMERON HARVONEK, | ) |
| Respondent. | ) |

## JUDGMENT

Upon consideration of the Petition for Writ of Habeas Corpus filed herein, the Second Supplemental Report and Recommendation of the Magistrate Judge, and the Court's accompanying Order filed this date,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus be and the same is hereby denied.

DATED this 14th day of December 2022.

ROBIN J. CAUTHRON
United States District Judge